IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUSTO ARCE, RAFAEL TELLEZ AND ANGEL M. GONZALEZ FERNANDEZ <br><br>  Plaintiffs <br><br> v. <br><br> AUSTIN INDUSTRIES, INC., AUSTIN INDUSTRIAL, INC., AUSTIN MAINTENANCE AND CONSTRUCTION, INC., RONALD J. GAFFORD AND BARRY W. BABYAK <br><br> Defendants. | C.A. NO. 4:12-cv-01534 |

## JOINT STATUS REPORT

The parties report the following status of this matter.

1. On August 13, 2012, the Court stayed this case in favor of arbitration.

2. The arbitration of this matter was scheduled for December 17-18, 2013, before The Honorable Katie Kennedy.

3. All claims of all Plaintiffs have now been dismissed by Judge Kennedy.

4. The parties have provided additional information to the Court regarding the circumstances of the dismissals.

5. The parties jointly request that this case be removed from the Court's docket.

6. As of the date and time of this filing, Plaintiff Angel M. Gonzalez Fernandez, did not indicate whether he joined in this Report.

Dated: January 17, 2014                          Respectfully submitted,


/s/ Katherine E. Flanagan
Katherine E. Flanagan
Texas State Bar No. 00788945
Federal I.D. No. 17542
LITTLER MENDELSON, P.C.
A Professional Corporation
1301 McKinney Street
Suite 1900
Houston, Texas  77010
713.951.9400  (Telephone)
713.951.9212  (Fax)
kflanagan@littler.com

ATTORNEY FOR DEFENDANTS

AUSTIN INDUSTRIES, INC.,
AUSTIN INDUSTRIAL, INC.,
AUSTIN MAINTENANCE &
CONSTRUCTION, INC.,
RONALD J. GAFFORD and
BARRY W. BABYAK


/s/ Dax O. Faubus
Dax O. Faubus
Faubus Keller LLP
Texas State Bar No. 24010019
1001 Texas Avenue, 11th Floor
Houston, Texas  77002
713.222.6400  (Telephone)
713.222.7240  (Fax)
dax@faubuskeller.com

ATTORNEY FOR PLAINTIFFS

JUSTO ARCE and RAFAEL TELLEZ