| | | |
|---|---|---|
| Justo Arce, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-12-1534 |
| | § | |
| Austin Industries, Inc., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Order on Settlement

1.      The claimed $3,735 cost of Kenneth G. McCoin's "expertise" and "work" will be distributed equally to Justo Acre and Rafael Tellez.

2.      The settlement is approved without other modification.

Signed on January 17, 2014, at Houston, Texas.

_____

Lynn N. Hughes
United States District Judge